FILED 15 FEB '17 14:22 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-CR-00062-MC |
| Plaintiff, | **INFORMATION** |
| vs. | **Count 1: Distribution of a Controlled Substance**<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| BRETT ALLEN McNEAL, | **Forfeiture**<br>21 U.S.C. § 853 |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Distribution of a Controlled Substance)**

On or between February 2012 through April 2012 in the District of Oregon, the defendant, **BRETT ALLEN McNEAL,** did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**FORFEITURE ALLEGATION**

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituted, or derived from, proceeds obtained,

directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated this 15th day of February 2017.

BILLY J. WILLIAMS
United States Attorney

JOSEPH HUYNH
Assistant United States Attorney